# Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TXu 1-610-441**

**Effective date of registration:**
December 20, 2007

---

### Title
**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

### Completion/ Publication
**Year of Completion:** 2007

### Author
- **Author:** Live Face on Web, LLC
- **Author Created:** New text; chancfes in existinq text.
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No       **Pseudonymous:** No

### Copyright claimant
**Copyright Claimant:** Live Face on Web, LLC
1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

### Limitation of copyright claim
**Material excluded from this claim:** Prior versions of this work.
**Previously registered:** No
**New material included in claim:** New text; changes to existing text.

### Certification
**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC
**Date:** December 13, 2007

Registration #: TXU001610441

Service Request #: 1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291