

# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions //////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
//////////////////// Do not change the parameters below ////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
        lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
    lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
    }
    function ScrollHnd()
    {
        var divScroll;
        var wnd;
        var screenWd = 0;
        var screenHt = 0;
        var screenX = 0;
        var screenY = 0;
        var objDoc;
        var divLeft = 0;
        var divTop = 0;

        objDoc = document;
        wnd = window;

        if (objDoc.getElementById) {
            divScroll = objDoc.getElementById(divID);
            if (divScroll.style) {
```

```
                    divScroll = divScroll.style;
            }
    }
    if (window.innerHeight)
    {
          screenHt = wnd.innerHeight;
          screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
          screenWd = objDoc.documentElement.clientWidth;
          screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
          screenWd = objDoc.body.clientWidth;
          screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
          screenY = wnd.pageYOffset;
          screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
          screenY = objDoc.body.scrollTop;
          screenX = objDoc.body.scrollLeft;
    }
    else      if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
          screenY = objDoc.documentElement.scrollTop;
          screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
          divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
          divLeft = divLeft + (screenWd - lf_SWF_File_Width);
          divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
          divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
          divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
          divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
          if (lf_Position_Dynamic == 5)
          {
                divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
        if (strDays) {
                var date = new Date();
                date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
                var expires = '; expires=' + date.toGMTString();
        } else var expires = '';
        document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
        var strNameplus = strName + '=';
        var arrCk = document.cookie.split(';');
        for (var i = 0; i < arrCk.length; i++) {
                var c = arrCk[i];
                while (c.charAt(0) == ' ') c = c.substring(1, c.length);
                if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
        }
        return 'no';
}
```

LC COPYRIGHT

0 025 139 365 5